**No. 58478.**—Stephen Rug Mills, Inc. *v.* United States, protest 153459–K (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the linoleum the subject of *United States* v. *Pacific Overseas Co., W. J. Byrnes & Co.* (42 C. C. P. A. 1, C. A. D. 559), the claim of the plaintiff was sustained.

**No. 58479.**—Four Continent Book Corp. *v.* United States, protest 163768–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is similar in all material respects to the paper coverings containing phonograph records the subject of *United States* v. *Radio Corp. of America, RCA Victor Division* (41 C. C. P. A. 137, C. A. D. 541), the claim of the plaintiff was sustained.

**No. 58480.**—F. W. Myers & Company, Inc. *v.* United States, protest 168706–K (Detroit).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.

**No. 58481.**—Salentine and Company, Inc. *v.* United States, protest 195983–K (Milwaukee).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *United States* v. *Geo. Wm. Rueff, Inc.* (41 C. C. P. A. 95, C. A. D. 535), the claim of the plaintiff was sustained.